LAW OFFICES OF ALAN E. FERGUSON
Alan E. Ferguson, Esq., State Bar No. 103677
3200 Fourth Avenue, Suite 207
San Diego, CA 92103-5716
PH: 619-299-4999
FAX: 619-299-8121

Attorney for Material Witness

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Honorable Nita L. Stormes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Tinamarie Torres Debenedetto (1),<br>Alejandra Tapia (2),<br><br>Defendants. | ) | Criminal Case No. 08cr0249-BTM<br><br>NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION AND RELEASE OF MATERIAL WITNESS: **Isabel Bocanegra-Narvaez**<br><br>HRG DATE: 02/14/2008<br>TIME: 9:30 a.m.<br>CRTRM: F, 1st Floor<br>JUDGE: Nita L. Stormes |

TO UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED STATES ATTORNEY DOUGLAS KEEHN; TO DAVID L. BAKER, ATTORNEY FOR DEFENDANT, TINAMARIE TORRES DEBENEDETTO; AND TO STEPHEN D. DEMIK, ATTORNEY FOR DEFENDANT, ALEJANDRA TAPIA:

PLEASE TAKE NOTICE that on February 14, 2008, at 9:30 a.m., counsel will move this Court for an order to take the video deposition of material witness, Isabel Bocanegra-Narvaez, and for her immediate release thereafter.

**MOTION**

Material witness, Isabel Bocanegra-Narvaez, through her counsel, Alan E. Ferguson, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C., §3144; and 18 U.S.C., §3142,

hereby move this Court for an order to take her deposition by videotape and release her at the conclusion of the deposition.

This motion is based on the notice of motion, declaration of counsel, the memorandum of points and authorities attached and filed herewith, the records of the above-titled case, and all matters submitted to the court prior to the determination of this motion.

Dated: February 1, 2008

By: / S / *Alan E. Ferguson*
ALAN E. FERGUSON
Attorney for the Material Witness