KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant United States Attorney
California State Bar No. 235960
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6199

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
TINAMARIE TORRES DEBENEDETTO (1),
Defendant.

Criminal Case No. 08CR0249-BTM

**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON**

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and A. Dale Blankenship , Assistant United States Attorney, and defendant TINAMARIE TORRES DEBENEDETTO (1), by and through and with the advice and consent of defense counsel, David Baker, Esq., that:

1. Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 2 of the Indictment which charges defendant with a non-mandatory minimum count of Bringing In Illegal Aliens Without Presentation, in violation of 8 U.S.C. §1324(a)(2)(B)(iii).

2. Defendant agrees to plead guilty to the charge described above pursuant to the plea agreement on or before February 14, 2008.

3. The material witness, Isabel Bocanegra-Narvaez, in this case:

a. Is an alien with no lawful right to enter or remain in the United States;

b. Entered or attempted to enter the United States illegally on or about January 14, 2008;

c. Was found in a vehicle driven by Defendant at the San Ysidro, California, Port of Entry, and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d. Was paying, or having others pay on her behalf, $3000.00 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies

further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 2-21-08.

A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 2-19-08

DAVID BAKER
Defense Counsel for Edward Gonzales-Amado

Dated: 2-19-08.

TINAMARIE TORRES DEBENEDETTO
Defendant

---

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 2-21-08.

United States Magistrate Judge