UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Alejandra Tapia

Defendant(s)

CRIMINAL NO. 08CR0249-BTM

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/~~Magistrate Judge~~ **BARRY TED MOSKOWITZ**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

ISABEL BOCANEGRA-NARVAEZ

DATED: March 12, 2008

**BARRY TED MOSKOWITZ**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2:37pm

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** P. M. Lopez

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082