DAVID BAKER
419 19TH ST
San Diego, CA 92102
(619)743-0121

Attorney for, DEBENEDETTO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TINAMARIE DEBENEDETTO,<br>Defendant. | Case No. 08-CR-0249-BTM<br>**JOINT MOTION TO CONTINUE SENTENCING**<br>Date: JULY 25, 2008<br>Time: 9:00 |

KAREN HEWITT, United States Attorney, by DALE BLANKENSHIP, Assistant Untied States Attorney, and TINAMARIE DEBENEDETTO, by and through her attorney, DAVID L. BAKER, hereby

stipulate and agree that the Sentencing hearing currently set in the above captioned court on JULY 25, 2008 shall be continued to AUGUST 29, 2008 at 9:30 a.m. The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

**IT IS SO STIPULATED:**

UNITED STATES ATTORNEY

DATE:7/21/08

s/Blankenship_____________

ASSISTANT UNTIED STATES ATTORNEY

DATE:7/21/08

s/Baker__________

David Baker Attorney for Defendant, Debenedetto