# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TINAMARIE DEBENEDETTO,<br>Defendant. | CASE NO. 08-CR-00249-BTM<br><br>ORDER TO CONTINUE SENTENCING |

IT IS HEREBY ORDERED that the sentencing in the above entitled case be continued from July 25, 2008 until August 29, 2008 at 9:30 a.m. Good cause being shown through stipulation of the parties all time until August 29, 2008 is excluded.

IT IS SO ORDERED.

DATED: July 23, 2008

Honorable Barry Ted Moskowitz
United States District Judge