FILED
SEP 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
TINAMARIE DEBENEDETTO
Defendant

No. 08-CR-00249-BTM

ORDER TO CONTINUE SENTENCING

DATE: AUGUST 29, 2008
TIME: 9:00 A.M.

IT IS HEREBY ORDERED that the sentencing in the above entitled case now set for AUGUST 29, 2008, at 9:00 A.M. be continued to OCTOBER 3, 2008 at 10:00 A.M. Good cause being shown through stipulation of the parties all time until OCTOBER 3, 2008 is excluded.

IT IS SO ORDERED: 8/28/08

HON. DISTRICT JUDGE
BARRY T. MOSKOWITZ